UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-226 (NEB)

UNITED STATES OF AMERICA,

    Plaintiff,

v.                       **NOTICE OF WITHDRAWAL**

HAJI OSMAN SALAD, ET AL,

    Defendant.

Please remove the following Assistant United States Attorney to the above-captioned case:

<u>Remove AUSA</u>

Chelsea A. Walcker

Dated: August 28, 2024            Respectfully submitted,

                                         ANDREW M. LUGER
                                         United States Attorney

                                         *s/Chelsea A. Walcker*
              BY:    Chelsea A. Walcker
                                         Assistant U.S. Attorney